UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | CAUSE NUMBER: 1:24-cr-00143-JPH-KMB-1 |
| | ) | |
| v. | ) | |
| | ) | |
| James Watt | ) | |
| | ) | |
| Defendant. | ) | |

## APPEARANCE OF COUNSEL

TO: CLERK OF COURT

Please enter the appearance of Julie Treida as counsel for the Defendant, James Watt, in the role of retained counsel.

Dated: August 16, 2024

/s/ Julie Treida

Julie Treida 27351-71
Treida Law, PC
135 North Pennsylvania St., Suite 1175
Indianapolis, Indiana 46204
Telephone: (317)983-3830
Facsimile: (317) 638-7976

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Julie Treida*

Julie Treida 27351-71