UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:24-cr-00143-JPH-KMB |
| JAMES WATT, | ) |
| Defendant. | ) |

**SENTENCING MEMORANDUM OF THE UNITED STATES**

The United States of America, by counsel, respectfully submits the following for the Court's consideration in the sentencing of the Defendant, James Watt. The government respectfully submits that a sentence of 33 months' imprisonment is appropriate here.

**INTRODUCTION**

Over a period of a few years, Watt ran a one-man criminal BMV. He manufactured and mailed more than 30,000 fake identifications. Watt worked for a public website that allowed anyone with an internet connection and a few dollars to purchase a fake ID. Once a customer visited the website and made a purchase, some of the purchase orders were sent to Watt. Watt then manufactured the fake ID and mailed it to the customer. For this work, Watt was well compensated. Watt nearly became a millionaire simply though the manufacturing and mailing of thousands of fake IDs. A sentence of 33 months would properly reflect the nature and circumstances of the offense, the seriousness of the offense, and promote respect for the law.

A. **Nature and circumstances of the offense.**

Watt was a key member of a conspiracy whose purpose was to provide fake United States identifications to anyone who was willing to pay. Watt was employed by Website 1—a public

website that openly sells fake IDs. Website 1 can be accessed through Google on the clear web, and it boasts of being "Your #1 Trusted Source for Fake IDs." On the website, anyone can order a fake ID, with discounts offered for bulk orders.

**Group Order Price**

| | |
|---|---|
| 1 ID | 0% off for all states. |
| 2-4 IDs | 30% off for all states. |
| 5-9 IDs | 40% off for all states. |
| 10+ IDs | 50% off for all states. |

- Fast Shipping
- Discrete Packaging
- Scannable Barcodes
- Ultra Bright UV Security
- Quality Holograms
- 100% Customer Satisfaction

**ORDER USA FAKE ID**



Shop Now

**ORDER CANADA FAKE ID**



Shop Now

**ORDER STUDENT + MORE**



Shop Now

**BUY PSD TEMPLATES**



Shop Now

Check out what our Customers Say!

Visitors to Website 1 can order a fake ID by supplying their personal information and a picture of themselves. They would also pay for the identification, usually by paying in Bitcoin. The website's order form is pictured below.

2



Once the order was received, the operator of the website would then channel some of the orders to Watt. Watt was then responsible for taking the order and creating the product—a quality, scannable, realistic fake identification. And Watt did this with skill. In fact, Website 1 included images of the fake IDs it offered using the Marvel character "Thor" as an example. Agents found this same identification at Watt's residence during their search.



Photograph from Watt search warrant



Missouri - MO
Screenshot from Website

The government can only estimate how many identifications Watt manufactured and mailed. After searching his residence, agents found 5,636 unique mailing labels on the thumb drives. Agents also intercepted a total of 18 packages that Watt mailed. In these packages, agents always found at least 2 IDs per package. Some packages had more than 50. In total, the 18 packages Watt mailed contained 300 IDs (see below).

| No. | Parcel Tracking No. | No. of IDs in parcel |
|---|---|---|
| 1 | 9405536109361171111840 | 2 |
| 2 | 9400136895232627296091 | 6 |
| 3 | 9400136895232313058347 | 2 |
| 4 | 9400111108100478199381 | 2 |
| 5 | 9400111108100478199671 | 2 |
| 6 | 9400111108100478199374 | 2 |
| 7 | 9405536895232400531961 | 4 |
| 8 | 9405536109361236964589 | 18 |
| 9 | 9405536109361350126887 | 64 |
| 10 | 9405536109361350126405 | 114 |
| 11 | LM329957096 | 4 |
| 12 | 9405536895232952863046 | 32 |
| 13 | 9405536895232375018085 | 8 |
| 14 | 9400136895232346749168 | 4 |
| 15 | 9405511206223804160276 | 20 |
| 16 | 9400136109361044095090 | 4 |
| 17 | 9400111206223804169955 | 2 |
| 18 | 9405536109361467583818 | 10 |
|  | **Total number of fake ID** | 300 |

4

This works out to an average of 16.66 IDs per package. Estimating how many fake IDs Watt made with a conservative figure, therefore, the government assumed that each of Watt's packages had 6 fake IDs. That worked out to a total of more than 30,000 fake IDs (5,636*6 = 33,816).

In exchange for this work, Watt was paid more than 14 bitcoin. As of January 16, 2025, 14 bitcoin was worth more than $1.3 million. While this bitcoin has since been seized by law enforcement, if Watt had kept this bitcoin, he would be a millionaire today.

In short, Watt was a critical member of a conspiracy that flouted federal law. The website Watt worked for sold illegal material with a staggering openness. This website could not function without people like Watt who had the materials and skills to manufacture fraudulent identifications. While Watt was not the operator of the website, he had a far more critical role than merely maintaining a website. Anyone could create a website and take orders for fake IDs. But it takes equipment and skill to manufacture quality fake identifications. What's more, few people with these skills and resources are willing to brazenly violate the law and manufacture fake IDs at a scale necessary to sustain a business like this. Watt was willing to break the law and break it thousands of times over. That conduct warrants a sentence on the high-end of the guidelines.

### B. Reflect the Seriousness of the Offense

Watt's crimes were very serious offenses. The sentencing guidelines gauge the seriousness of offenses like this by counting the total number of fraudulent identifications created. *See* USSG § 2L2.1(b)(2). The sentencing guidelines for a defendant who created 6 fake identifications is higher than for a defendant who created 5 fake identifications. And the guidelines are even higher for a defendant who made 25-99 fake identifications. But these

guidelines top out at adding 9 points for a defendant who created 100 or more fake identifications. What should the Court do with a defendant who made more than 30,000 fake identifications—a defendant whose conduct is literally off the charts? The answer is to sentence the defendant on the high end of the guidelines in order to reflect the seriousness of the offense.

Watt is likely to attempt to downplay the seriousness of his offense. He's likely to argue that he merely provided fake identifications to college students so they could drink with their friends. In the world of federal crimes, Watt would portray this crime as relatively harmless.

On that point, he would be wrong. First, this argument's premise is wrong. While many of the identifications Watt manufactured likely went to college students, not all of them did. In fact, Watt's devices contained many images of fake identification manufactured for people who appeared to be far older than 21. For example, Watt created a fake ID for Andrew Westhead, a 64-year-old man, and Dena Miller, a 67-year-old woman:





Watt also created 18 identifications for "William Bertrand," a 24-year-old man.



Watt also created a fake identification for Thomas Billy Givens (below). Givens has previously been convicted of driving under the influence on four separate occasions. As a result, his license was suspended.

7



Anyone who is older than 21 does not need a fake ID to drink alcohol. These people likely purchased a fake ID for a more another nefarious purpose. Identification is needed to board a plane, buy cough medicine, rent a car, open a bank account, apply for government assistance, pick-up a prescription, visit a casino, and purchase a firearm. Through Watt's help, his customers were able to get fake identifications for all these purposes.

Second, even for Watt's customers who were underage college students, this offense is still serious. Using a fake identification is a crime. Through Watt's help, many young people became criminals. While many of these young people probably were never caught, it is likely that some of them were. A quick Google search reveals dozens of stories of young people whose lives were ruined because they got caught with a fake ID. For example, in one popular story on the website reddit—titled "My 'good' Fake ID got bust it destroyed my life"—a young man recounts how getting caught with a fake identification cost him his career and hurt his immigration status. *See* Exhibit A.

Third, allowing young people to drink underage is still serious because of its consequences. Studies have shown that college student who own fake IDs are more likely to

drink heavily than college students without fake IDs.[1] And underage drinking has proven to carry with it a host of problems for young people, such as lower grades, drinking and driving, slower brain development, increased risk for sexually transmitted infections, and a higher risk of developing alcohol use disorder later in life.[2] And every year, 4,000 young people under the age of 21 die from excessive alcohol use.

By manufacturing and mailing tens of thousands of fake IDs, Watt helped thousands of people become criminals. With these fake IDs in hand, these criminals were able do things they otherwise would not have been allowed to do under the law. This blatant flouting of the law, and the widespread consequences of these actions that we will never fully know, was a serious offense. A sentence of 33 months would sufficiently reflect the seriousness of this offense.

### C. Promote Respect for the Law

Throughout the country, there has been a "persistent" market for fake IDs.[3] This market demand is met by scofflaws who are willing to manufacture and sell fake IDs to make a profit. Watt was one of these scofflaws, but there are others like him, albeit not nearly at his scale. For all those who make and sell fake IDs, whether it is one, or tens of thousands, a sentence on the high-end of the guidelines would send a strong message that this conduct will not be tolerated. A sentence of 33 months would therefore promote respect for the law.

---

[1] "Fake ID Ownership and Heavy Drinking in Underage College Students: Prospective Findings," Julia A. Martinez, Patricia C. Rutledge, and Kenneth J. Sher. Psychol Addict Behav. 2007 (an abstract is available at: https://pmc.ncbi.nlm.nih.gov/articles/PMC2711502/).
[2] "About Underage Drinking," Center for Disease Control (available at https://www.cdc.gov/alcohol/underage-drinking/index.html).
[3] "The Persistent Market for Fake IDs and Underage Drinking," *Perspectives on Black Markets v. 3*, Mary Kate Ausbrook (available at: https://iu.pressbooks.pub/perspectives3/chapter/the-persistent-market-for-fake-ids-and-underage-drinking/).

## CONCLUSION

The United States respectfully submits that James Watt should receive a sentence of 33 months for his offense.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: *s/ Adam Eakman*
Adam Eakman
Assistant United States Attorney
United States Attorney's Office
10 West Market Street, Suite 2100
Indianapolis, IN 46204-3048
Telephone: 317-226-6333
Email: adam.eakman@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2025, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice and service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

By:   *s/ Adam Eakman*
      Adam Eakman
      Assistant United States Attorney
      United States Attorney's Office
      10 West Market Street, Suite 2100
      Indianapolis, IN 46204-3048
      Telephone: 317-226-6333
      Email: adam.eakman@usdoj.gov