10/23/24, 1:34 AM
My "good" Fake ID got busted it destroyed my life : r/CSULB
Case 1:24-cr-00143-JPH-KMB    Document 27-1    Filed 01/16/25    Page 1 of 1 PageID #: 156

Skip to main content  r/CSULB  Search in r/CSULB                Log In

 r/CSULB • 1 yr. ago
Pleasant_Ad6307

## My "good" Fake ID got busted it destroyed my life

*The entire purpose of this post is to warn people not to repeat my mistake.

I am 24 y/o. When I was 20, I had my fake ID taken away by the police when I was bar hopping on 2nd st in LB. The repercussions haunt me till this day. If you have a fake, just know that you have A LOT TO LOSE. I lost a job opportunity, admission to grad school, and my US citizenship application was denied because this is in my criminal history. Here's that story.

I got my fake right after my 20th birthday. I used it everywhere for 5-6 months with no problem. Everyone told that it was a really good fake and that it scans. I am 6'2'' 210lb male with a full beard. I was so confident that I look old enough and never got questioned before. Until one day I was bar hopping with friends on 2nd st and we went to dogz to get the cool hats. The bouncer immediately flagged my ID the second he touched it. He asked me to step aside and called his manager on the walkie talkie. The manager came and took my ID away for a minute while I waited. My heart sank to my feet. I was pretty drunk as well. The manager came back and told me that they know it's a fake and they called the police. I thought worst case scenario they confiscate it and just deny my entry, but no. They made sure I face the consequences... I begged them to let it go but the more I talked the more I was hurting myself.

The police officer showed up a couple minutes later and she took my ID from the manager. she scanned it multiple times in a machine inside her police car and it made a beeping sound that didn't sound assuring. She came back to talk to me and told me that there is no record of this ID on their database and told me to confess if it was fake cause lying won't help me. I had my real name on the fake ID so it wasn't hard for her to find me and know my actual age. I knew there is no way I can continue to lie. I should have stayed silent but I was drunk and having a mental breakdown and just confessed that it was fake hoping that honesty might make them go easy on me. It didn't.

I was charged with a misdemeanor. I paid $500 in fines and served 32 hours of community service. My driver's license was suspended for a year. I thought this was the worst part; fortunately COVID happened a few months after that incident and everything went online. Little did I know, this one small thing that I did 4 years ago when I was young and stupid destroyed my life.

I was a pre-pharmacy student and I had my pharmacy technician license but no job was willing to even interview me when they know that my record isn't clean. I can no longer pursue a career in pharmacy because grad schools conduct a background check on you and mine won't pass. Even el pollo loco were iffy about hiring me. I was so desperate for even a Mcdonald's job and would feel ecstatic if they agreed to give me a chance at a minimum wage job. Imagine seeing your peers start their careers with $70K+ jobs while you're desperate to get interviewed at taco bell.

Lastly and the worst of the worst, my US citizenship application was denied. I grew up undocumented for 17 years and my parents finally got their green cards when I was a senior in high school. I was a minor and got mine through them. Earlier this year, me and my family all applied together to get our US citizenship. They all got approved but I didn't. They can all travel outside the US and meet my extended family, but I can't. I never felt so inferior in my life.