UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cr-00143-JPH-KMB |
| JAMES WATT, | ) ) -01 |
| Defendant. | ) ) |

**ENTRY FOR JANUARY 23, 2025**

On this date, James Watt appeared in person and by counsel, Julie L. Treida and Robert W. Hammerle, for a change of plea and sentencing hearing. The government appeared by counsel, Assistant United States Attorney Adam Eakman, with its investigative agent, Special Agents Swope and Klotz. Kendra Stakelbeck appeared on behalf of the United States Probation Office. The hearing was recorded by Court Reporter Jodie Franzen.

Defendant was placed under oath. The Court found that Defendant was fully competent and able to enter an informed plea; Defendant's plea was being made knowingly and voluntarily; and the plea was supported by an independent basis in fact containing each of the essential elements of the offenses charged. The Court accepted the Plea of Guilty after conducting the requisite hearing under Federal Rule of Criminal Procedure 11(b). The Court adjudged Defendant guilty of Counts 1 and 2.

The Court reviewed the presentence investigation report. There were no objections to the presentence investigation report. The parties were heard with

respect to the sentence, application of the Sentencing Guidelines and application of 18 U.S.C. § 3553(a) factors. For the reasons stated, Defendant was sentenced to 36 months' probation on each of Counts 1 and 2 to be served concurrently for a total of 3 years' probation. A fine of $1,000.00 was imposed with interest waived. A special assessment of $200.00 was imposed and an order of forfeiture for items listed in the preliminary order of forfeiture. Dkt. 26. Defendant was released and shall begin his probation sentence immediately. The Judgment is forthcoming.

Distribution:

All electronic registered counsel.